UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIKE GILBERT, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) CASE NO. <br> ) |
| COMFORT KEEPERS HOME CARE, LLC, a foreign limited liability company; SODEXO, INC., a foreign limited liability company; SDX HOME CARE OPERATIONS, LLC d/b/a COMFORT KEEPERS, a foreign limited liability company; and CK FRANCHISING, INC., a foreign corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL

Defendants, SODEXO, INC. ("Sodexo"), SDX HOME CARE OPERATIONS, LLC d/b/a COMFORT KEEPERS ("SDX"), and CK FRANCHISING, INC. ("CF Franchising") (collectively, "Defendants"), by and through their undersigned counsel and in accordance with the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Middle District of Florida, and Title 28, United States Code ("U.S.C.") §§1331, 1441, and 1446, hereby file this Notice of and Petition for Removal ("Notice") of this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based upon the following:

1. On or about August 30, 2019, Plaintiff, MIKE GILBERT, ("Plaintiff") filed a Complaint in the Circuit Court for the Eighteenth Judicial Circuit, in and for Seminole County, Florida, which was captioned, *MIKE GILBERT v. COMFORT KEEPERS HOME CARE, LLC, a foreign limited liability company; SODEXO, INC., a foreign limited liability company; SDX HOME CARE OPERATIONS, LLC d/b/a COMFORT KEEPERS, a foreign limited liability company; and CK FRANCHISING, INC., a foreign corporation* (the "Circuit Court Case"). The Circuit Court Case was assigned Case No. 2019-CA-002724-16K-L. A true and correct copy of the Complaint filed in the Circuit Court Case, along with copies of all other process, pleadings, and orders on file in the Circuit Court Case are attached hereto as **Exhibit A** as required by 28 U.S.C. § 1446(a) and Local Rule 4.02(b).

2. The Complaint in the Circuit Court Case seeks relief for alleged violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA").

3. Because Plaintiff has asserted a claim under the FLSA, this action is within the original federal question jurisdiction of the district courts of the United States pursuant to 28 U.S.C. §1331.

4. Defendant Sodexo and Defendant SDX were served with a copy of the Complaint on or about November 26, 2019, and Defendant CF Franchising was served on or about December 9, 2019. As such, this Notice has been filed within thirty (30) days after service of the Complaint and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

5. A removal is not proper unless "all defendants who have been properly joined and served ... consent to the removal of the action." 28 U.S.C. §1446(b)(2)(A). The undersigned has reviewed the Circuit Court Case docket regularly since the others were

served and no Returns of Service have been filed as to Defendant, COMFORT KEEPERS HOME CARE, LLC. As such, the consent of COMFORT KEEPERS HOME CARE, LLC is not required at this time. Moreover, COMFORT KEEPERS HOME CARE, LLC was dissolved and filed an Application for Withdrawal of Authority to Transact Business in Florida on March 26, 2013. While Defendants do not anticipate that Plaintiff will effectuate service on COMFORT KEEPERS HOME CARE, LLC, should Defendants learn of such service, Defendants will obtain consent to removal from COMFORT KEEPERS HOME CARE, LLC to supplement this Notice or notify the Court that no such consent was obtained.

6. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice of the removal to all adverse parties in this action and have filed a copy of this Notice in the Circuit Court in and for Seminole County, Florida.

7. The United States District Court for the Middle District of Florida includes the judicial county in which Plaintiff filed his Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendants, SODEXO, INC., SDX HOME CARE OPERATIONS, LLC d/b/a COMFORT KEEPERS, and CK FRANCHISING, INC, respectfully request that that this action be removed from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida to the United States District Court for the Middle District of Florida.

DATED this 23rd day of December, 2019.

          JACKSON LEWIS P.C.
          390 North Orange Avenue, Suite 1285
          Orlando, Florida 32801
          Telephone: (407) 246-8440
          Facsimile: (407) 246-8441

By: _____
Tasos C. Paindiris
Florida Bar No. 0041806
tasos.paindiris@jacksonlewis.com

Justin S. Swartz
Florida Bar No. 091232
Justin.swartz@jacksonlewis.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2019, the foregoing was furnished via electronic mail to: Mary E. Lytle, Esq. and David Barszcz, Esq., Lytle & Barszcz, 543 N. Wymore Road, Suite 103, Maitland, FL 32751

_____
Justin S. Swartz

4814-8041-4894, v. 1